USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024

**STEVE S. EFRON**
ATTORNEY AT LAW
237 WEST 35TH STREET SUITE 307
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX (212) 682-5958
SSEFRON@AOL.COM

April 1, 2024

**Via ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

> Request GRANTED. The intial case management conference scheduled for April 2, 2024 is hereby rescheduled to **Tuesday, May 7, 2024 at 3 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY 10007.
> SO ORDERED:
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 4/1/2024

Re: Cruz v. New York Transit Auth. et al.
24-cv-89(AT)(KHP)

Dear Judge Parker:

This office represents defendant New York City Transit Authority ("Transit") and the individually named defendants in this action alleging discrimination on the basis of religion and disability under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act and state and local laws.

Defendants submit this letter to respectfully request that, due to the medical emergency of a member of my immediate family that began on Friday, March 22, 2024 and has continued through today, the Court adjourn the conference scheduled for tomorrow. That family member is currently an inpatient in a hospital in Massachusetts and, because of both his condition and location, I cannot reasonably appear in court tomorrow morning.

I apologize for submitting this request so late and can only beg the Court's indulgence and willingness to consider this request. I have investigated and responded to Ms. Cruz's complaints since October 2022 and am the only one who is fully conversant with her claims and defendants' defenses. While Mr. Efron may be able to appear tomorrow, he is not familiar with all aspects of Ms. Cruz's claims, especially in light of the multiple individual defendants she has named. In light of my family member's condition, I may also need to request additional time in which defendants may respond to the complaint.

Defendants and I, personally, thank the Court for its consideration of this request.

Respectfully submitted,

_____/s/_____
Renee L. Cyr