STEVE S. EFRON
ATTORNEY AT LAW
237 WEST 35TH STREET SUITE 307
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX (212) 682-5958
SSEFRON@AOL.COM

July 16, 2024

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/17/2024

**Via ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re: Cruz v. New York Transit Auth. et al.
24-cv-89(AT)(KHP)

Dear Judge Parker:

This office represents defendant New York City Transit Authority ("Transit") and the individually named defendants in this action alleging discrimination on the basis of religion and disability under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act and state and local laws. Defendants submit this letter to respectfully request that the settlement conference currently scheduled for August 1, 2024, be adjourned to October due to the modified briefing schedule for defendants' motion to dismiss and the availability of pro bono counsel. This is defendants' first request for an adjournment of the conference.

Ms. Cruz's opposition was originally due on June 14, 2024, with defendants' reply due on July 1. The Court granted Ms. Cruz's request for additional time to respond, until July 15, 2024. Looking to the initial briefing schedule, that gives defendants until August 1 to reply.

The original schedule gave this office over a month to review and consider Ms. Cruz's opposition in presenting a settlement memorandum to Transit's Law Department as well as in drafting and filing a settlement letter by July 25. The current schedule requires that defendants file the letter only 10 days after receiving Ms. Cruz's papers, giving defendants only another seven days in which to both consider this office's settlement assessment and draft and file a reply. This will not give Transit sufficient time in which to consider those recommendations and be adequately prepared to discuss settlement on August 1, especially as Ms. Cruz's 103-page opposition includes many documents that this office needs to review and authenticate.

Last Friday I spoke with Susanne Toes Keane, Ms. Cruz's pro bono counsel for the limited purpose of settlement. She consented to this request but indicated that she will be on extended leave until October. Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s
Renee L. Cyr

**APPLICATION GRANTED:**  The settlement conference in this matter scheduled for Thursday, August 1, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, October 8, 2024 at 10:00 a.m.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than October 1, 2024 by 5:00 p.m.
The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

07/17/2024