```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISOL CRUZ,

                           Plaintiff,

         -against-

NEW YORK CITY TRANSIT, et al.,

                           Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**24-CV-89 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     In light of this matter having been reassigned to Judge Henry J. Ricardo on August 29, 2024 the Settlement Conference currently scheduled for **October 8, 2024** is hereby adjourned *sine die*.

     **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

     SO ORDERED.

Dated: August 30, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge