USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARISOL CRUZ,

                          Plaintiff,

            -v-

NEW YORK CITY TRANSIT AUTHORITY *et al.*,

                        Defendants.
------------------------------------------------------------X

**ORDER**

24-CV-89 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By a Notice of Reassignment dated August 29, 2024, this case was referred to me for settlement. The parties are directed to advise the Court within 14 days when they wish to schedule the settlement conference, whether at the previously selected date of October 8 or a different date. If the parties prefer a different date, they should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, parties are free to e-mail my deputy clerk, Roberto Diaz, at Roberto_Diaz@nysd.uscourts.gov, to find a mutually convenient date for the parties and the Court.

      The settlement conference can be conducted either via video conferencing or in-person. When advising the Court as to their preferred scheduling dates, the parties should indicate which format they prefer. If video conference is requested, the Court will provide additional information about the logistics in advance of the conference. For avoidance of doubt, all parties must agree to proceeding by video

2

conference or an in-person conference and make a joint application for the method that is preferred.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

**SO ORDERED.**

Dated: September 3, 2024
New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge