UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2025

MARISOL CRUZ,

                Plaintiff,

      -v-

NEW YORK CITY TRANSIT, *et al.*,

             Defendants.

**ORDER**

24-CV-89 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Having reviewed Plaintiff's December 5, 2025 Motion to Stay, ECF No. 80 (the "Motion to Stay"), and Judge Torres's prior orders, *see* ECF Nos. 74 and 77, the undersigned withdraws the November 17, 2025 order, ECF No. 79. Plaintiff's Motion to Stay is **GRANTED** until the Second Circuit issues its mandate in Appeal No. 25-1910.

The Clerk of Court is respectfully directed to terminate the Motion to Stay at ECF No. 80 as **GRANTED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated:  December 10, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1