UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

MARISOL CRUZ,

                  Plaintiff,

        -v-

NEW YORK CITY TRANSIT, *et al.*,

             Defendants.

**ORDER**

24-CV-89 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 28, 2025, Judge Torres issued an order, ECF No. 74 (the "Order"), denying without prejudice Plaintiff's motion for leave to amend the complaint while Plaintiff's appeal was pending before the Second Circuit Court of Appeals. In the Order, Judge Torres stated that Plaintiff could renew her motion for leave to amend the complaint within 21 days of the issuance of the Second Circuit's mandate.

On June 25, 2026, the Second Circuit issued a mandate, ECF No. 83, dismissing Plaintiff's appeal. In light of the Second Circuit's mandate, the stay in this matter is lifted. If Plaintiff still seeks to amend her complaint, she is directed to file a renewed motion for leave to amend the complaint by **July 16, 2026**.

The Clerk of Court is respectfully directed to lift the stay in this matter and to mail a copy of this order to the *pro se* litigant.

1

**SO ORDERED.**

Dated:  June 26, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2