USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL CRUZ,

Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY - MTA, COLLECTIVE BARGAINING MANAGER MARTENSE AVITUS, AFIYA GARCIA-AUSTIN, TANYA FORRESTER, SANDREA FLOWERS, DEBORAH FELICE, SADE KRONAGAY, and R WALLACE,

Defendants.

24 Civ. 89 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

By order dated June 26, 2026, the Honorable Henry J. Ricardo, acting pursuant to an amended order of reference, *see* ECF No. 48, lifted the stay in this matter and ordered Plaintiff *pro se* to file a renewed motion for leave to amend her complaint by July 16, 2026. *See* ECF No. 84. That deadline has passed. Accordingly, the Court *sua sponte* extends Plaintiff's deadline to amend her complaint to **August 18, 2026**. If Plaintiff seeks leave to amend her complaint, she should do so in accordance with the instructions in on page 8 of the Court's February 25, 2025 order of dismissal at ECF No. 62.

If Plaintiff fails to seek leave to amend the complaint by August 18, the Court shall close the case.

The Clerk of Court is respectfully directed to mail a copy of this order and the order of dismissal at ECF No. 62 to Plaintiff *pro se*.

SO ORDERED.

Dated: July 28, 2026
New York, New York

ANALISA TORRES
United States District Judge