USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 8/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL CRUZ,

Plaintiff,

-against-

NEW YORK CITY TRANSIT, MARTENSE AVITUS, AFIYA GARCIA-AUSTIN, TANYA FORRESTER, SANDREA FLOWERS, DEBORAH FELICE, SADE KORNAGAY AND R. WALLACE,

Defendants.

24 Civ. 89 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

By order dated June 26, 2026, the Honorable Henry J. Ricardo, acting pursuant to an amended order of reference, *see* ECF No. 48, lifted the stay in this matter and ordered Plaintiff *pro se* to file a renewed motion for leave to amend her complaint by July 16, 2026. *See* ECF No. 84. After Plaintiff failed to meet the deadline, the Court *sua sponte* extended Plaintiff's deadline to amend her complaint to August 18, 2026. *See* ECF No. 85. The Court also warned Plaintiff that failure to seek leave to amend her complaint by August 18, 2026, would result in the closure of the case. *See id.* Plaintiff has not sought leave to amend her complaint.

Accordingly, this action is DISMISSED. The Clerk of Court is respectfully directed to close this case and mail a copy of this order to Plaintiff *pro se.*

SO ORDERED.

Dated: August 31, 2026
New York, New York

ANALISA TORRES
United States District Judge